THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* JOSEPH T. MAHLE, Defendant-Appellant.

(No. 70-73; )

Third District—November 22, 1972.

*Rehearing denied February 20, 1973.*

Opinion by Mr. JUSTICE ALLOY.

James Geis, of Defender Project, of Ottawa, for appellant.

Howard Augustus, Assistant State's Attorney, of Ottawa, for the People.